UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANNY TORRES,

    Plaintiff,

v.                                Case No. 5:20-cv-287-TKW/MJF

GEO GROUP INC., *et al.*,

    Defendants.
_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7) and Plaintiff's objections (Doc. 10). The Court reviewed the objections de novo as required by Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case is due to be dismissed based on Plaintiff's failure to completely and honestly disclose his litigation history.

Plaintiff's claim that he simply "forgot" about the undisclosed prior cases because he "blocked out a difficult time of his life" is not a justifiable excuse for his failure to list those cases. Plaintiff has an obligation to maintain information (or at least a list of case numbers) for all of his prior cases, and if he does not have that information, he can (and should) request it from the appropriate clerks' offices before filing a new case.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(A)(b)(1) and 1915(e)(2)(B)(i) for maliciousness and abuse of the judicial process.

3. The Clerk shall close the case file.

**DONE AND ORDERED** this 8th day of January, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**